IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KENNETH W. GREGORY and JEAN F. GREGORY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 5:10-cv-00364-FL ) |
| BAYER CROPSCIENCE, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs, KENNETH W. GREGORY and JEAN F. GREGORY, and Defendant, TRANE US, INC. f/k/a American Standard, Inc., to dismiss with prejudice, all claims against TRANE US, INC. f/k/a American Standard, Inc., in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against TRANE US, INC. f/k/a American Standard, Inc., with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, KENNETH W. GREGORY and JEAN F. GREGORY, against Defendant, TRANE US, INC. f/k/a American Standard, Inc., be dismissed with prejudice.

This, the 21ST day of May, 2013.

United States District Court Judge