IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

KENNETH W. GREGORY and )
JEAN F. GREGORY, )
)
   Plaintiffs, )
)
v. ) Civil Action No. 5:10-cv-00364-FL
)
BAYER CROPSCIENCE, INC., et al., )
)
   Defendants. )

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs, KENNETH W. GREGORY and JEAN F. GREGORY, and Defendant, INGERSOLL RAND COMPANY, to dismiss with prejudice, all claims against INGERSOLL RAND COMPANY, in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against INGERSOLL RAND COMPANY, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, KENNETH W. GREGORY and JEAN F. GREGORY, against Defendant, INGERSOLL RAND COMPANY, be dismissed with prejudice.

This, the __3rd__ day of __July__, 2013.

_____
United Stated District Court Judge