IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO. 5:10-CV-364-FL

Kenneth W. Gregory and Jean F. Gregory, )
)
)
)
Plaintiffs, )
)
vs. )
)
Bayer Cropscience, et al., )
)
Defendants. )
_____)

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs, Kenneth W. Gregory and Jean F. Gregory, and Defendant, Zurn Industries, Inc., to dismiss with prejudice, all claims against Zurn Industries, Inc., in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Zurn Industries, Inc., with prejudice, and that the motion should be granted for good causes shown;

It is therefore, ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, Kenneth W. Gregory and Jean F. Gregory, against Defendant, Zurn Industries, Inc., be dismissed with prejudice.

This the 17TH day of July, 2013.

_____
United States District Court Judge